No. 122.  IVANHOE IRRIGATION DISTRICT ET AL. *v.* McCRACKEN ET AL.;

No. 123.  MADERA IRRIGATION DISTRICT ET AL. *v.* STEINER ET AL.;

No. 124.  MADERA IRRIGATION DISTRICT *v.* ALBONICO ET UX.; and

No. 125.  SANTA BARBARA COUNTY WATER AGENCY *v.* BALAAM ET AL.  Appeals from the Supreme Court of California.  The motion of the Solicitor General for leave to participate in oral argument, as *amicus curiae,* is granted and one-half hour is allowed for that purpose. *Solicitor General Rankin* for the United States, movant. Reported below: 47 Cal. 2d 597, 681, 695, 699, 306 P. 2d 824, 886, 894, 875.

No. 754.  UNITED STATES *v.* A & P TRUCKING Co. ET AL.  Appeal from the United States District Court for the District of New Jersey.  Probable jurisdiction noted. *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.  *August W. Heckman* and *Anthony J. Cioffi* for appellees.

No. 802.  MITCHELL, SECRETARY OF LABOR, *v.* LUBLIN, McGAUGHY & ASSOCIATES ET AL.  C. A. 4th Cir.  Certiorari granted.  *Solicitor General Rankin, Stuart Rothman* and *Bessie Margolin* for petitioner.  *Thomas H. Willcox* for respondents.

No. 744.  CREASY *v.* OHIO POWER Co.  C. A. 6th Cir. Certiorari denied.  *Bernard S. Glick* for petitioner.  *John W. Christensen* for respondent.